UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | |
| **TREYVON COOPER,** | : | **COUNT 1:** |
| | : | **21 U.S.C. § 844(a)** |
| Defendant. | : | **(Unlawful Possession of a Controlled** |
| | : | **Substance)** |
| | : | |

## INFORMATION

The United States Attorney charges that, at all times material to this Information, on or about the date and time stated below:

**COUNT ONE**
**(21 U.S.C. § 844(a))**
**(Unlawful Possession of a Controlled Substance)**

On or about August 20, 2025, within the District of Columbia, the defendant

**TREYVON COOPER**

did knowingly and intentionally possessed marijuana, a Schedule 1 controlled substance.

(In violation of Title 21, United States Code, Section 844(a))

        JEANINE FERRIS PIRRO
        United States Attorney

By:   */s/ Christopher R. Howland*
       CHRISTOPHER R. HOWLAND (DC 1016866)
       Assistant United States Attorney
       Fraud, Public Corruption, & Civil Rights Section
       U.S. Attorney's Office for Washington D.C.
       601 D Street N.W.
       Washington, D.C. 20530
       (202) 252-7106
       Christopher.Howland@usdoj.gov