UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREYVON COOPER,<br><br>*Defendant*. | Criminal Action No. 25-285 (TJK) |

### SCHEDULING ORDER

As discussed with the parties at the status conference today, it is hereby **ORDERED** that:

1. The parties shall file any pretrial motions, including motions under Federal Rule of Criminal Procedure 12(b)(3) and motions *in limine*, by October 17, 2025; oppositions to the motions shall be filed by October 24, 2025; and any replies shall be filed by October 31, 2025;

2. The parties shall file on the docket and submit to chambers in Microsoft Word format at Kelly_Chambers@dcd.uscourts.gov a Joint Pretrial Statement, which shall include the information set forth in Attachment A to this Order, by November 7, 2025;

3. The parties shall appear for a motions hearing and pretrial conference on November 14, 2025, at 10:00 a.m. in Courtroom 11; and

4. Jury selection and trial shall commence on November 21, 2025, at 9:00 a.m. in Courtroom 11.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: October 2, 2025

<u>Attachment A</u>

The Joint Pretrial Statement shall include the following:

a. <u>A one-paragraph joint statement</u> of the case for the Court to read to prospective jurors;

b. An estimate of the <u>number of days</u> trial is anticipated to last;

c. A list of all <u>outstanding motions in limine</u>;

d. <u>Proposed *voir dire* questions</u> that include:
    i. The *voir dire* questions on which the parties agree; and
    ii. The *voir dire* questions in which the parties disagree, with specific objections noted below each disputed question and supporting legal authority (if any);

e. <u>Proposed jury instructions</u>, which are formatted so that each instruction begins on a new page, and indicate:
    i. The instructions to which the parties agree;
    ii. The instructions to which the parties disagree, with specific objections noted below each disputed instruction and supporting legal authority (if any); and
    iii. The proposed instruction's source (e.g., the Red Book, Matthew Bender's Federal Jury Instructions), or, for modified or new instructions, its supporting legal authority;

f. <u>A list of any expert witnesses</u> the parties intend to call, accompanied by disclosures mandated by Federal Rules of Criminal procedure 16(a)(1)(G) and (b)(1)(C);

g. <u>A list of prior convictions</u> that the government intends to use for impeachment or any other purpose, followed by specific objections (if any) to that use;

h. <u>A list of exhibits</u> that each party intends to offer during trial, with a brief description of each exhibit; the parties shall indicate any exhibits to which there is objection, and any response to that objection. Exhibits will be presumed authentic unless an objection to their authenticity is noted.

i. <u>Any stipulations</u> executed or anticipated to be executed;

j. A list of any matters of which the parties seek the Court to take <u>judicial notice</u>, along with the proposed language;

k. <u>A list of lesser included offenses</u> for which any party may seek a jury instruction; and

l. <u>A proposed verdict form</u> that includes a date and signature line for the jury foreperson, as well as proposed special interrogatories (if any).